An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SHERRIE HALD, M.D.; AND
NORTHERN NEVADA WOMEN'S
GROUP, INC.,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
PATRICK FLANAGAN, DISTRICT
JUDGE,
Respondents,
and
SANDRA MOORE,
Real Party in Interest.

No. 67689

FILED

NOV 1 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss under NRCP 41(e).

Having considered Dr. Hald's writ petition and the other documents before this court, we have decided not to intervene. *See State of Nevada v. Eighth Judicial Dist. Court*, 111 Nev. 1023, 1024, 899 P.2d 1121, 1122 (1995) (stating that petitions for extraordinary writs are

SUPREME COURT
OF
NEVADA

(O) 1947A

15-35060

addressed to the sound discretion of the court); *see also* NRS 34.020. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Patrick Flanagan, District Judge
Lemons, Grundy & Eisenberg
Galloway & Jensen
Washoe District Court Clerk